In re Ballenger, James; Bridges, Hewitt; Chenevert, Raymond; Chenevert, Norman; Coughlin, D. Michael; Daul, Carolyn; Dooley, William H. Jr.; Gangi, Joel; Hourcade, Joseph; McCrossen, Thomas; Meyer, Barbara; Scioneaux, Cindy; Scioneaux, Michael; Scioneaux, Annie; — Plaintiffs); applying for supervisory and/or remedial writs; Parish of Jefferson, 24th Judicial District Court, Div. “E”, Nos. 450-441, 476-468; to the Court of Appeal, Fifth Circuit, No. 95-CW-0864.
Denied.